UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDEL De JESUS, et al.,

                Plaintiffs,

against

OYSHI TABLE CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 830 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The undersigned was referred for the discovery dispute outlined in the joint letter at ECF No. 49 and orders as follows:

Plaintiffs are **ORDERED** to respond to the defendants' interrogatories and to amend their Rule 26 damages analyses to reflect the individual plaintiffs' damages by no later than **January 15, 2020.**

Defendants are **ORDERED** to schedule the deposition of Mr. Ahn to take place in **January 2020**. The Court's preference is for the deposition to take place <u>before</u> the Settlement Conference, scheduled for January 22, 2020. If that is not possible, the parties must inform the Court of the deposition date at the Settlement Conference.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 49.

Dated:    New York, New York
            January 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**