# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

> The requested extension of the fact discovery deadline until **April 15, 2020** is GRANTED. Judge Torres will separately address the request for an adjournment of the case management conference.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 57.
>
> SO ORDERED      1/29/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Writer's Direct:     212-465-1188
                     cklee@leelitigation.com

**Via ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Jesus, et al., v. Oyshi Table Corp. d/b/a Toasties, et al.*
      Case No. 19-cv-830 (AT)(SLC)

Dear Judge Torres:

    We are counsel to Plaintiffs in the above-referenced action and we submit this letter jointly with counsel to Defendants. We write respectfully to request an extension of the fact discovery deadline and an adjournment of the case management conference scheduled for February 18, 2020.

    The fact discovery deadline is currently set for Friday January 31, 2020, *Dkt*. #45. In light of the settlement conference being adjourned to February 19, 2020, and as the parties are currently seeking a further adjournment because Defendant Matthew Ahn will be out of state on February 19th, the parties jointly request an extension of the fact discovery deadline to April 15th. The parties believe that this extension is warranted to ensure that any outstanding discovery issues (including completing depositions should the parties be unable to settle at the conference) are resolved. This is the parties' first request for an extension of the discovery deadline.

    Additionally, a case management conference was scheduled for February 18, 2020 at 11:20 a.m., *Dkt*. #45. As the settlement conference is currently scheduled for after the case management conference and will have to be adjourned as well, the parties believe that it will be in the best interest to adjourn the case management conference to a date after the settlement conference. As a result, the parties jointly request an adjournment of the case management conference. This is the parties' first request for an adjournment of the case management conference.

    We thank the Court for its time and consideration.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

Cc: all Parties via ECF