USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDEL DE JESUS, VICTOR RAMOS, ISRAEL FLORES, CIRINO MORALES, ROGELIO BAZAN, ALFONSO MENDEZ, and JOSE JUAN GARCIA, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

                Plaintiffs,

-against-

OYSHI TABLE CORP. d/b/a TOASTIES, and MATTHEW AHN,

                Defendants.

19 Civ. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the order issued by the Honorable Sarah L. Cave extending fact discovery to April 15, 2020, ECF No. 58, the case management conference scheduled for February 18, 2020, is hereby ADJOURNED to **May 4, 2020**, at **3:00 p.m.** By **April 27, 2020**, the parties shall file a joint status letter pursuant to the case management plan, ECF No. 45 ¶ 16.

    SO ORDERED.

Dated: January 29, 2020
       New York, New York

ANALISA TORRES
United States District Judge