UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDEL DE JESUS, VICTOR RAMOS, ISRAEL FLORES, CIRINO MORALES, ROGELIO BAZAN, ALFONSO MENDEZ, and JOSE JUAN GARCIA, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

Plaintiffs,

-against-

OYSHI TABLE CORP. d/b/a TOASTIES, and MATTHEW AHN,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2020__

19 Civ. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendants' motion for an extension of time to file a pre-motion letter with respect to a motion for summary judgment, ECF No. 64, is GRANTED. By **June 10, 2020**, Defendants may file their pre-motion letter consistent with Rule III(C) of the Court's Individual Practices in Civil Cases.

The case management conference scheduled for May 4, 2020, is ADJOURNED to **June 17, 2020**, at **11:40 a.m.** By **June 10, 2020**, the parties shall file a joint status letter. The conference shall proceed telephonically: the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

The Clerk of Court is directed to terminate the motion at ECF No. 64.

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge