# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

March 15, 2021

**Via ECF**
The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Jesus, et al., v. Oyshi Table Corp. d/b/a Toasties, et al.*
       Case No. 19-cv-830 (JPC)(SLC)

Dear Judge Cronan:

We are counsel to Plaintiffs in the above-referenced action. We write respectfully to request an extension of time to submit the pre-trial submissions, pursuant to your February 17, 2021 Order [Dkt. No. 94].

The original date for the pre-trial submissions was March 19, 2021, thirty (30) days from your February 17, 2021 Order. The COVID-19 pandemic has caused numerous difficulties related to contacting clients and so, to properly prepare the pre-trial submissions, Plaintiffs request an extension of time to Monday, April 19, 2021 to submit the pre-trial submissions. This is the first request for an extension of time. Defendants consent to this extension.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Cc: all Parties via ECF

This request is granted. The parties shall file the proposed joint pretrial order and any other required pretrial filings in accordance with the Court's Individual Rules and Practices in Civil Cases by April 19, 2021.

SO ORDERED.

Date: March 16, 2021         JOHN P. CRONAN
      New York, New York     United States District Judge