```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FIDEL DE JESUS et al.,                                           :
                                                                 :
                            Plaintiffs,                          :
                                                                 :    19-CV-830 (JPC)
             -v-                                                 :
                                                                 :    ORDER
OYSHI TABLE CORP. et al.,                                        :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Within one week of the filing of this Order, the parties shall submit a joint letter updating the Court on the status this case. If the parties would like another referral to the Court-annexed mediation program, they should indicate that in the letter. If the parties instead wish to proceed to trial, they should indicate that, and the Court will then issue an order setting a trial-ready date and deadlines for all other pretrial filings.

SO ORDERED.

Dated: July 8, 2021  
       New York, New York  
                                                                  JOHN P. CRONAN  
                                                           United States District Judge