```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FIDEL DE JESUS et al.,                                             :
                                                                   :
                          Plaintiffs,                              :
                                                                   :        19-CV-830 (JPC)
          -v-                                                      :
                                                                   :        ORDER
OYSHI TABLE CORP. et al.,                                          :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties shall appear before the undersigned for a conference to discuss trial. The conference shall take place telephonically on July 22, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: July 18, 2021
       New York, New York

                                                            JOHN P. CRONAN
                                                    United States District Judge