# Lee Litigation Group, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

July 19, 2021

**Via ECF**

The Honorable John Peter Cronan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Jesus, et al., v. Oyshi Table Corp., et al.*
             Case No. 19-cv-00830 (JPC) (SLC)

Dear Judge Cronan:

    We are counsel to Plaintiffs. We write today to respectfully request an adjournment of the telephonic conference scheduled for July 22, 2021, at 10:00 a.m. [Dkt. No. 118].

    Due to conflicts with Plaintiffs' counsel's previously scheduled depositions, Plaintiffs' counsel respectfully requests an adjournment of the teleconference scheduled for July 22, 2021, at 10:00 a.m. This is Plaintiffs' counsel's first request for an adjournment. Defendants consent to this request.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all counsel via ECF

The Plaintiffs' request is granted. The conference scheduled for July 22, 2021 is adjourned to July 28, 2021 at 11:30 a.m.

SO ORDERED.

Date: July 20, 2021
New York, New York

JOHN P. CRONAN
United States District Judge