```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FIDEL DE JESUS et al.,                                                 :
                                                                       :
                                    Plaintiffs,                        :
                                                                       :           19-CV-830 (JPC)
             -v-                                                       :
                                                                       :           ORDER
OYSHI TABLE CORP. et al.,                                              :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed at the conference earlier today, the parties should be ready for trial in this case on January 18, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by December 17, 2021. Any opposition to a motion *in limine* shall be filed by December 27, 2021. Parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by January 12, 2022. The parties shall appear for a final pretrial conference on January 6, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: July 28, 2021
   New York, New York
                    JOHN P. CRONAN
                    United States District Judge