UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FIDEL DE JESUS *et al.*,                                               :
:
                   Plaintiffs,                      :
:   19-CV-830 (JPC)
     -v-                                                             :
:   ORDER
OYSHI TABLE CORP. *et al.*,                                            :
:
                   Defendants.                      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 28, 2021, the Court scheduled this case to be ready for trial to begin on or about January 18, 2022. By no later than November 5, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

      SO ORDERED.

Dated: October 27, 2021
      New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge