UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
FIDEL DE JESUS *et al.*,                                           :
:
                                    Plaintiffs,        :
:                        19-CV-830 (JPC)
          -v-                                                 :
:                        ORDER
OYSHI TABLE CORP. *et al.*,                                  :
:
                                    Defendants.        :
:
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties shall appear for a status teleconference on December 9, 2021, at 10:00 a.m.  At

the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated:  December 3, 2021
          New York, New York                      _____
                                                              JOHN P. CRONAN
                                                        United States District Judge