UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

FIDEL DE JESUS, VICTOR RAMOS,
ISRAEL FLORES, CIRINO MORALES and
ALFONSO MENDEZ,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class*,

          **Plaintiffs,**

v.

OYSHI TABLE CORP.
     d/b/a TOASTIES,
MATTHEW AHN,

          **Defendants.**

-----------------------------------------------------------------------

**Case No.** 1:19-CV-00830

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Oyshi Table Corp. d/b/a Toasties and Matthew Ahn (collectively, "Defendants"), having offered to allow Plaintiffs Fidel De Jesus, Victor Ramos, Israel Flores, Cirino Morales and Alfonso Mendez (collectively, "Plaintiffs") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of all damages, liquidated damages, interest, costs, attorney's fees (including any attorneys' fees incurred to date pertaining to the claims that were asserted by former plaintiffs Rogelio Bazan and Jose Juan Garcia), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 16, 2021 and filed as Exhibit A to Docket Number 131;

    **WHEREAS**, on December 17, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 131);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Fidel De Jesus, Victor Ramos, Israel Flores, Cirino Morales and Alfonso Mendez, in the

sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 16, 2021 and filed as Exhibit A to Docket Number 131.

**SO ORDERED:**

Dated: __December 18_____, 2021         _____
        New York, New York                              U.S.D.J.